ORIGINAL

Dr. William W. Baker III,

CNHP, MBA, BCDNM, BCDCAM, ND

225 Queen Street – Ste. 7d

Honolulu, HI 96813

*Cell # 808. 631. 8248*

District Court of:

Case No.: **CV18  0016560M  RLP**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2018
at____o'clock and____min.____M.
SUE BEITIA, CLERK

Dr. William W. Baker III,
CNHP, MBA, BCDNAM, BCDCAM, ND

　　　　Plaintiff,

　Vs.

Pantheon Holding CO., Inc.,

　　　　Defendant

---

Plaintiff Dr. William W. Baker III brings forth the following causes of action and alleges the following:

**I.**　Plaintiff is a previous and former tenant of Pantheon Holding CO., Inc.

**II.**　Defendant (Pantheon Holding CO., Inc.) is the Landlord. The landlord's first name is believed to be Allen. The building manager and secretary is named Kuu.

**III.**　The tenant leased [two spaces] for two years and two months duration from February 2016 through March 31ˢᵗ, 2018 from Pantheon Holding CO., Inc.

- $\approx$ 210 sq/ft Health Practice Office @ 1108 Fort Street Mall – Rm 2A@ Pantheon Building
  - Located in the Pantheon Building

- $\approx$ 504 sq/ft Ground Floor Retail Unit @ 77 S. Pauahi Street @ Hansmann Building
  - Located in the Hansmann Building

- The Pantheon Building and the Hansmann Building are next door and connecting to each other as one building entity. Located on Fort Street Mall @ downtown Honolulu, HI.

**IV.**   Sofos Realty Corporation represents and is employed by Pantheon Holding. Co., Inc.

**V.**   Sofos Realty Corporation is the defendant's property management team responsible for the managing and maintaining the property for the Pantheon building, the Hansmann building, and responsible for the current tenants leasing space from Pantheon Holding CO., Inc.—including tenant, Dr. William Baker III.

**VI.**   There are five (5x) Sofos property management and representatives for this complaint:

   i.   Ms. Carrie Nahie – (First) Sofos Property Manager.

   ii.   Mr. Michael Okamoto – (Second) Property Manager and (Former) Vice President of Sofos. [Mr. Okamoto took over Nahie's position after she left Sofos].

   iii.   Ms. Jenifer Cordes-Duron - Secretary, Assistant Property Manager, (Third) Property Manager.

   iv.   Daniel Buffalo - Sofos Representative, Leasing Agent.

   v.   Ms. Cherish Manuel – Sofos Representative, (Fourth) Property Manager [Manuel took over Mr. Okamoto's position after being fired or resigned from Sofos].

**VII.**   There is one (1x) Pantheon Holding CO., Inc representatives for this complaint:

   i.   Mr. Allen (last name unknown)—Landlord; in which he will not communicate with tenant, Dr. Baker.

**VIII.**   Sofos, Pantheon, and Sofos-Pantheon are used interchangeably, however they represent one single entity/party contained within this complaint document.

**IX.**   Pantheon Holding CO., Inc is the responsible entity/party to remedy all damages, in which the landlord (Pantheon) is fully liable for his property management team—Sofos Realty Corporation.

**X.**   From February 2016 through (beginning) April 2018 Pantheon Holding CO., Inc. is responsible for various actions and non-actions committed on behalf of the Landlord and his consciously chosen property management team that lead to multiple damages done unto Dr. Baker by way of, but not limited to negligence, irresponsibility, ignorance, incompetence, deception, and unprofessionalism. There is also intentional and unintentional unethical actions and non-actions, intentional criminal activity with coverups; speculations of insurance fraud on behalf of the landlord, as well as other very serious violations of laws, ethics, policies agreements, Hawai'i statutes, health codes, and broken written record promises:

   1.   Warranty of Habitability *Breached*

   2.   Laws, Policies, Agreements, Hawai'i Statutes, etc. *Broken*

   3.   Rent/Utility/Licenses

   4.   Income Interruption and Loss – *During, After, Currently-ongoing*

5. Unethical Business Actions and Non-Actions

6. Criminal Action and Coverup (Category III contamination)

7. Defaming of Tenant's Character

8. Dishonesty, Lying, and Deceiving

9. *Damage to Dr. Baker's PhD Scientific Research, Study, and Timeline*

10. Damage to Tenant Credit Score/Rating

11. Loss of Place of Business, Practice, Research, and Office

12. Landlord is 'intentionally' withholding both security deposits (two units) without verbal, nor written communication. – *Hawai'i Statutes broken by intention*

13. Attorney Fees & Court Costs

14. Time Lost—during and after lease

15. Clients Lost

16. Emotional Distress – *Confirmed via Biofeedback Testing*

## XI.    PRELUDE and DESRIPTION OF LOSS

Dr. Baker's office suffered traumatic property damage on Wednesday, September 14, 2016. A strong tropical storm passed over the island dumping rain and causing a leak in the roof of the building which housed Dr. Baker's office, biofeedback-testing, private and group therapy amongst integrative natural medicine. The next morning there was water and moisture damage in the office and the strong smell of mildew and airborne spores was already permeating the air. The walls were stained and began to deteriorate from moisture. The carpet had very large circular clusters of mold and fungus, mainly of white and grey color. MD Restoration, a professional dry-vacuum company, categorized this traumatic disaster as a *Category III*—the most dangerous level containing chemicals, harmful organisms, carcinogens, airborne items, and other hazardous contaminants, such as the possibilities of asbestos toxicity. The office at that time was far from passing a health department inspection. It was warranted to Dr. Baker to not be inside the office because of the dangerous and hazardous conditions of a Category III flood disaster. There was no sign of property management, nor the landlord to inspect the property even though immediate and urgent attention was given, requested, and sought by Dr. Baker.

The leak appeared to happen in the far upper right-hand corner of the office. This also meant that the office to the right side of this office unit was most likely damaged as well by the flooding. This was confirmed to Dr. Baker by Allen (Landlord) and confirmed by a contractor from CNT Home Repairs, LLC that worked on the offices (contractor testimonial and confirmation on video). The landlord also previously told Dr. Baker that the other office that flooded next door, was 'his own' office (Landlord's). Dr. Baker's office resided in the middle, having landlord office on one side, and the builder manager office on the opposite adjacent other side.

A surplus of pictures was taken by Dr. Baker from all angles of the mold and fungus clusters. Pictures of the wall and carpet stains were taken. Pictures of the water-damaged boxes full of nutritional supplement items were taken. Sofos did not come to inspect the property until more than a month later [Thursday, October 20th, 2016 @ 11:19AM] after the initial flooding of [Wednesday, September 14th, 2016] by former property manager—Ms. Carrie Naihe. A picture of Ms. Naihe was taken that displays the property manager's first-time visit. Sofos-Pantheon never responsibly took any pictures of the damages. Sofos-Pantheon did not take this damaged situation seriously. It was not a priority for Sofos-Pantheon. There is never a sense of urgency and care for their tenants. The level of incompetence, negligence, and ignorance remains exceptionally high.

The office was dried out within a few days. Thus, the office was still far from passing a health department inspection with large clusters of fungus and mold stains everywhere. This office was NOT in any way shape or form ready for Dr. Baker to take on diseased, ill-sickened people for health, wellness, detoxing, therapy, and healing. Sofos-Pantheon and their attorney Gruebner disagree. Despite the damaged walls that were cracked, deteriorated, and stained by harmful contaminants, such as mold and bacteria, and despite more than 50% of the carpet flooring was stained with massively large clusters of white and grey fungus-mold-mildew, and the cable-internet did not work—Gruebner represents Sofos-Pantheon and states in the Wednesday, January 17th, 2018 letter:

> *"Remediation services were immediately ordered, and work commenced on September 17th, 2016 and was completed within a few days. This work included the extraction of water, and the drying and dehumidifying the Premises. Upon completion of this work, the condition of the Premises was suitable for business operations"* [Gruebner, Jan 17, 2018]

Dr. Baker absolutely could not conduct business in the office with the biofeedback testing and therapy. Dr. Baker would have all four board certifications stripped of him if he was to practice intentionally amongst an unhealthy, hazardous, and unsanitary environment.

Replacing the mold-stained carpet, fixing cable-internet, and replacing, painting the entire stained walls was additionally needed. Then also to fix the interior design and set up the biofeedback technology computers, internet, screens, hardware, lights, and systems for client testing and therapy, etc.

It took property management an estimated eight (8+) additional months [240 days rounded estimate] after the dry-vacuum repairs, to lay ≈ 210 sq./ft. of carpet and paint only the top portion of walls. The bulk portion of the stained walls remained damaged and were left unrepaired and not painted despite the time that had already passed from the initial flooding—and despite the building owner and property management's single inspection and confirmation of this damage. No reason was given. So, the office remained in a damaged, unfinished state.

Environmental Risk Factors, LLC, an independent environmental specialist agency was hired next by Dr. Baker and discovered that Sofos 'violated multiple procedures' in dealing with a hazardous and dangerous Category III water flooding trauma, which is also dangerous to current surrounding tenants. For example, it is required to dispose of Category III carpet immediately within a 48-hour period. Pantheon and Sofos waited over eight (8) months to replace the carpet. Environmental Risk Factors, LLC conducted full testing and analysis for the office environment and its surroundings. This was done because of the unethical and criminal actions & non-actions committed by Sofos-Pantheon—and forwarded onto tenant, Dr. Baker.

Sofos-Pantheon did not seek to review, nor inspect their contractors' previous work completed in Dr. Baker's office; and the ground floor retail unit @77 S. Pauahi Street. Sofos-Pantheon remained ignorant of the situation despite the multiple, constant calls and emails made forth by Dr. Baker to Sofos-Pantheon.

> ➢ The multiple and consistent calls made forth from Dr. Baker to Sofos-Pantheon can be and was confirmed by Jennifer Cordes-Duron to Vice President Sofos, Mr. Michael Okamoto, during a previous "Live" negotiation meeting at 77 S. Pauahi St. (January 2018').

> ➢ The multiple and consistent calls made from Dr. Baker to Sofos-Pantheon is confirmed by Dr. Baker's cell-phone record provider.

> ➢ Phone records indicate a massive amount of calls from Dr. Baker calling Sofos-Pantheon to fix damaged office. However, calls made to Dr. Baker from Sofos-Pantheon about scheduling and repairing the office are very rare to non-existent.

> ➢ Despite the consistent calls and emails from Dr. Baker to Sofos-Pantheon, the property management rarely returned massages, updates, nor attended live visitations to meet with Dr. Baker.

> ➢ Updates for Dr. Baker about repairing the office were rare; and information received about the updates were incompetent, dishonest, with hidden deception.

After an estimated 9.5-month marathon of Dr. Baker trying everything necessary for Sofos-Pantheon to finish, fix, repair the damaged office—Dr. Baker had given up. Calling and emailing property management became useless and a broken record. Also, John @ Dawn Pacific (painter) claimed to Dr. Baker that he (John) was instructed not to paint the bulk portion of the stained walls, only the top panel was to be painted. **Otherwise the bulk portion of the stained, cracked, and deteriorated walls would have been painted, replaced, and fixed during the same project time-period**. Again, Sofos-Pantheon did not come to check on their contractors' work for the carpet and partially painted walls. The landlord has never seen the repairs—only the office damage months after the dry-vacuum completion, in which the Landlord visited months after the flooding had occurred. However, Okamoto and Cordes-Duron (Sofos) did inspect the damage (more than a year later) that was left damaged still remains damaged today. Repair work was scheduled for the walls for Tuesday, February 13th, 2018 by Jennifer Duron-Cordes (voicemail) and was confirmed by Dr. Baker through email. The contractors came and according to Sofos-Pantheon standards, the

contractors put in a few nails in a wooden panel on the corner wall, then left the office site. The cracks, stains, and deterioration remain damaged and un-repaired.

*There is potential risk of black mold remnants and contamination behind the panel Sofos-Pantheon nailed to the wall and covered up. Pictures were taken before it was hidden. Environmental Factors, LCC took samples and ran tests. Moisture and contaminants were present and found.



Dangerous & Hazardous Warning Signs

Dr. Baker lost a massive amount of valuable time, lost clients, and lost business income, and has had his education and PhD science research affected greatly among the negative consequences of Sofos-Pantheon. Dr. Baker also remained paying rent for a damaged office, utilities, and other business expenses despite the office down time.

Dr. Baker has also been unable to make business credit card payments for this portion of business. Dr. Baker had no choice but to default on his business credit card/s monthly payments because of the income interruption damages. This has also generated a high amount of interest expenses and late fees. It has also harmed Dr. Baker's credit score and credit rating. Dr. Baker is now unable to attain and lease an office for business because of credit score damage. Then most importantly he cannot attain an office now for his PhD science and research studies that has been damaged and forcefully put on hold. Sofos-Pantheon are liable for this too.

Dr. Baker was unable to open his leased office and service his clients until Wednesday, July 5th, 2017, of which:

> *Important note that the office at this time was still not
> fully repaired and remedied! (Please see video). Dr.
> Baker was forced to work with what he had in order to
> attempt to survive.

Only upon re-opening the office was the first client seen for biofeedback testing and therapy. During the restoration period, at least 97 clients sought Dr. Baker's services. Due to the closure of operations, however, he lost the ability to assist these clients and generate substantial income. Clients have been fully verified. Income has been verified. There are 36+ client witness testimonials on 'Live Video' that support Dr. Baker's income interruption, many of which would also come forward in a court of law to defend Dr. Baker, if need be. Sofos-Pantheon has reviewed these testimonial videos. Mr. Okamoto has acknowledged and confirmed that Sofos-Pantheon has reviewed the client witness testimonial videos. They were sent to Mr. Okamoto's email address for the record, since he was the main person in charge at that time.

There is no argument for income interruption of which it stands firm by hard copy and electronic copy documents; and with 'Live' client-witness-testimonial videos. Dr. Baker's full income interruption loss can be defended by any dispute against it. Dr. Baker's clients will defend him on any dispute that comes against him. Most all clients have been informed of Sofos-Pantheon actions and non-actions.

Lastly, (as also mentioned above), this was a crucial time-period for Dr. Baker because this specific time-period served as a 'break' and 'time-off' during his educational studies and important ongoing PhD science research at International Quantum University. Dr. Baker planned to earn a substantial income before his time-consuming quantum physics and integrative medicine study and scientific research began again at International Quantum University of August 2017. Dr. Baker planned to use this anticipated income as to support himself during his study and scientific research. This has been confirmed and can be confirmed again by Dr. Baker's PhD advisor-mentor, Ms. Elizabeth Buck, from International Quantum University. Dr. Baker currently does not have an office, nor place to conduct his scientific studies and research. The education and scientific research has been greatly affected and forcefully put on hold. This is very serious damage that needs attention and needs to be remedied as soon as possible.

## XII.    The CLAIM - Macro

- The Final Claim is set to $347,105.87, plus an additional TBD Amount

- There are an additional eight (8x) TBD items of damage that need attention and are being requested to be judged by a separate party and not by Dr. Baker, to avoid bias, and to remain fair and accurate.

TBD = To Be Determined Amount

## XIII.    The CLAIM – Micro

| | |
|---|---|
| Rent CAM Parking: | $ 54,480.00 |
| Utilities (combined): | $ 13,494.00 |
| Plumbing: | $ 1,400.00 |
| Loss of Capital: | $ 9008.80 |
| Loss of Nutritional Product & Supp. | $ 5,874.51 |
| Income Interruption #1 | $ 173,403.07 |
| Income Interruption #2 | $ 28,665.04 |
| Income Interruption #3 | $ 60,780.45 |
| Income Interruption #4 | TBD |
| Security Deposit | TBD |
| Credit Score / Rating | TBD |
| Loss of Rental Unit | TBD |
| PhD Science & Research Damage | TBD |
| Unethical Actions & Non-Actions | TBD |
| Criminal Activity | TBD |
| Other damages not listed (i.e. Emotional distress) | TBD |

## XIV.    PLEASE REVIEW: PowerPoint Presentation and Printout

- This PowerPoint presentation will be presented in court.

- Contains Documented Evidence.
- Contains Picture Evidence.
- Contains Video Evidence.
- Contains Claim Amount $$ Breakdown of items and liabilities, damages, etc.
- Contains Unethical Actions and Non-Actions committed by Sofos-Pantheon.
- Contains speculations of Criminal Actions committed by Sofos-Pantheon.

# Summary of Claim—

❖ Noting: *This information (below) was taken from the documented letter sent to Sofos-Pantheon dated on February 21st, 2018 from Dr. William W. Baker III.*

## XV.    Timeline and Property Management Time-Gaps

- Dr. Baker has requested for Mr. Okamoto to organize a timeline and information as to why the office took an unreasonable amount of time to rebuild and only 'partially' repair. This is a very fair question to be asked- and requested by tenant, Dr. Baker. It should not have to be asked. An ethical property management team would provide information within a timely manner about repairs and rebuild even without tenant request.

- Sofos-Pantheon believe they are not obligated to share any repair work and timeline information with their tenants—despite the long duration of repair times that affect tenants' revenue-income.

- Mr. Okamoto stated he would submit information to Dr. Baker on or before a specific date (mid-December)—however Mr. Okamoto did not fulfill his promised obligation and even stated via voice (phone call and quoting) "*I'm not obligated to give you anything.*" (Mr. Okamoto end quote). Mr. Okamoto lied. He has proven himself as a dishonest man many times over (see below to review more dishonesty, and multiple lies).

- It can be speculated that Sofos-Pantheon does not have the specifics and record timeline for the damaged office and the unreasonable amount of time it took to partially repair due to their own high level and consistency of negligence, irresponsibility, and incompetence

   > It can also be speculated that the specifics and records are being held classified on purpose with reason of fear from past landlord and property management's criminal and unethical actions and non-actions toward Dr. Baker; and potential insurance fraud.

- Dr. Baker does have a recorded timeline of events and interactions.

- Dr. Baker took notes and a timeline of calls, text messages, emails, meetups, contractor work, and dates. Providing details and evidence of Sofos-Pantheon lying, not-responding, no-urgency, no priority, incompetence, irresponsibility, negligence, actions and non-actions, etc.

- How does Dr. Baker's timeline compare to the Landlord's office timeline next door, that was also damaged (confirmed by contractor)? Speculations? Is there potential for insurance fraud?

- Also, Dr. Baker's timeline report can be used to discover any potential possibility of Sofos-Pantheon involved in any criminal activity via insurance fraud.

## XVI.   Certificate of Insurance

- Dr. Baker signs lease agreement and registers for business liability insurance through State Farm [End-Jan 2016 through Beg-Feb 2016]

- Dr. Baker submits certificate of insurance to Pantheon Holding CO., Inc. [End-Jan 2016 through Beg-Feb 2016] and is in accordance with the lease agreement.

- Sofos become property manager of Pantheon Holding CO., Inc months after Dr. Baker had already signed lease agreement with Pantheon Holding CO., Inc. [Apr 2016].

- Sofos was not on Dr. Baker's Certificate of Insurance as "Additionally Insured" because Dr. Baker registered, enrolled, pre-paid, and submitted the COI to Pantheon Holding CO., Inc. before Sofos became property manager.

- The office flooded in Sept 2016—Sofos was the property manager during this time and was not on Dr. Baker's COI.

- Sofos never requested from Dr. Baker a COI for Sofos to-be-listed as 'additionally-insured' until Late November 2017—over a year-and-half later after Sofos became property manager; and after the initial flood damage.

- Dr. Baker receives first COI notice (falsely labeled '3rd Notice') from Sofos via mail to his home address late November 2017. This was also the first time receiving any mail at all from Sofos via USPS postal service. Jennifer Cordes-Duron confirmed this and has previously confirmed this.

  Note: Kuu @ building manager directly hand delivers all Sofos-Pantheon mail to Dr. Baker "Live" in-person.

- Email thread [Dr. Baker, Mr. Okamoto, Diniega]. Mr. Okamoto states to Ms. Anita Diniega (interrupting email conversation) to add Sofos as 'additionally-insured'

attempting to make business decision and transaction for Dr. Baker—in efforts to bring Sofos onto Dr. Baker's COI as soon as possible with all the present damages.

Dr. Baker intervenes, stops, halts Mr. Okamoto, because Dr. Baker did not know what was going on, nor did he know what Mr. Okamoto was trying to do—Dr. Baker felt uninformed. Dr. Baker felt Sofos-Pantheon was trying to make quick decisions for Dr. Baker's insurance. Dr. Baker did not know why the vice president of property management was urgently attempting to make insurance decisions for Dr. Baker's insurance policy to Ms. Diniega (insurance agent) without Dr. Baker's consent.

## XVII.    Dishonesty-Lying #1 and #2

On Thursday, November 30th, 2017 Michael Okamoto wrote to Dr. Baker after the office repair-rebuild information was requested by Dr. Baker:

"*I will be working diligently on finding any information available and I expect to be able to provide any available materials after my investigative efforts by next Friday 12/9*" (end quote) [Email Thread] -Okamoto-

On Wednesday, January 17th, 2018 Gruebner wrote:

"*As for the report you are demanding, at no time did Mr. Okamoto say that he would provide a report. In any event, a report is not required under the terms of the lease.*" (End Quote) [Gruebner letter]

This shows (above) that Mr. Okamoto and Gruebner lied and provided false information in the letter dated Wednesday, January 17, 2018; or Mr. Okamoto did not provide accurate information to his attorney. Mr. Okamoto has not provided any further information to Dr. Baker regarding the unreasonable amount of time taken to partially repair the damaged office.

On January 2018, via telephone call between Dr. Baker and Mr. Okamoto:

"*I am not obligated to give you any report, nor information*".

(End Quote) -Okamoto-

Note: Sofos-Pantheon has stonewalled Dr. Baker on giving any further information.

**XVIII.    Dishonesty-Lying #3**

- Sofos sent out a letter to request a certificate of insurance (COI) to Dr. Baker
- Sofos sent this letter of COI request one-year and seven-months (1-year 7-months) <u>after</u> Sofos became property manager for Pantheon Holding CO., Inc.
- This letter is false (Dishonesty-Lying) claiming it was the third-notice (3rd-notice) sent
- This is the <u>only</u> letter Dr. Baker has ever received in the USPS postal mail via Sofos— because all mail from Sofos is *hand-delivered* by Kuu to Dr. Baker. This includes rent invoices
- This letter was sent to Dr. Baker's home address; not office address; not business address, nor hand-delivered by Kuu

**XIX.    Dishonesty-Lying #4**

- During the first "Live" negotiation meeting @ Healthi'i, LLC between Dr. Baker and Sofos-Pantheon to remedy the damages—Mr. Okamoto claimed that he sent many letters in the postal mail to Dr. Baker.
- Dr. Baker debunked Mr. Okamoto and uncovered Mr. Okamoto's dishonesty by sharing the knowledge that Kuu hand-delivers <u>ALL</u> mail to Dr. Baker from Sofos-Pantheon; even rent invoices
- Jennifer Cordes-Duron confirmed this "Live" at this first negotiation meeting in front of Mr. Okamoto. She had to. It was the truth.
- Mr. Okamoto was caught lying again and "called-out" in front of Ms. Jennifer Cordes-Duron, Ms. Michelle McNicholes, and Dr. Baker himself.
- Mr. Okamoto was embarrassed and speechless for the lying and showing such dishonesty.
- <u>Important Note</u>: This dishonesty comes from the 'Vice President' of Sofos Realty Corporation, whom has been recently been speculated to have been fired or forced to resign from Sofos.
- Mr. Okamoto never apologized for lying to Dr. Baker's face "Live" at the first negotiation meeting @ Healthi'i, LLC @ 77 S. Pauahi Street.

**XX.    Dishonesty-Lying #5**

- Shortly after the January 1st, 2018, Sofos-Pantheon contacts attorney Gruebner and falsely accuses and shares inaccurate information about Dr. Baker.
- Sofos-Pantheon is dishonest and lies to their attorney by sharing inaccurate information that Dr. Baker has defaulted on rent.
- This information falsely identified Dr. Baker and led to more damages
- This false accusation information was shared with a third-party, whom shared it with another following party.

**XXI.    Defaming the Character of Dr. Baker to Third-Parties**

- A <u>False Accusation</u> was made in writing toward Dr. Baker about defaulting on rent.

- Sofos-Pantheon shared inaccurate, false information, 'Defaming' the Character of Dr. Baker amongst third-parties.

- Information shared with a third party, shared the copied information to an additional fourth-party.

- Dr. Baker's character was 'Defamed' and 'Falsified'.

- It is to note that Sofos-Pantheon and Gruebner did <u>not</u> apologize for the lying and defaming of Dr. Baker's Character.

- It is to note that Sofos-Pantheon did not, nor nor did their attorney Gruebner, contact Dr. Baker to apologize for the wrongdoing.

**XXII.    Sofos Failure to 'Review' Office Flood Damage within the first few days**

- It took Sofos property management more than an entire month until they prioritized their time to come inspect Dr. Baker's damage office 'Live' for the very first-time.

- Sofos did <u>not</u> see the office in a wet and contaminated state—they waited too long.

**XXIII.    Failure to 'Review' and 'Inspect' Contractor Work Completed**

- Sofos did <u>not</u> schedule inspections with Dr. Baker to inspect their contractors' repair work for the following:

    o  Did not inspect repair work of the MD Restoration immediately after dehumidifying.

    o  Did not inspect repair work of the carpet.

    o  Did not inspect repair work of the painted top portion of walls.

    o  Did not inspect work of cable/internet/Hawaii-Telcom.

    o  Did not inspect repair work of the ceiling.

    o  Did not inspect repair work of the rat holes and infestation in the back area of Healthi'i, Donor Shack, Ahi Vegetable, Soffreitto.

    o  Did not inspect recent contractor work done on a wood panel in the office on Tuesday, February 13th, 2018.

**XXIV.    Failure to take Pictures**

- Sofos did <u>not</u> take pictures of the damaged office after Dr. Baker reported it.

- Dr. Baker took responsible and competent pictures at all angles within the office-unit.

    Note: Property manager, Ms. Carrie Naihe, did not come to meet Dr. Baker to view the office and situation until an estimated one month after the initial flooding.

- Ms. Carrie Naihe forgot to take pictures during her first visit to the office.

    o Ms. Naihe requests Dr. Baker to send pictures, since she and the rest of Sofos-Pantheon irresponsibly forgot to.

- Sofos-Pantheon did not personally take pictures of finished contractor work—in fact, they did not review, nor inspect the finished work in person at all; nor did they try.

### XXV.    The Hiring of Un-Insured Contractors

- On Friday, March 31st, 2017, two carpet contractors show up at the office to do carpet repair work.

    > Important Note: The carpet that should have been previously removed and replaced by Sofos-Pantheon within the first 48 hours of the Category III flood disaster. Sofos-Pantheon failed to do so. This is a major health code violation. Please see the Environmental Risk Factors full report.

- The head carpet contractor explained that: they will not be liable for any damages done while they move heavy furniture, office desk, computers, monitors, shelves, etc. around the office to fully repair the carpet because they do not carry liability insurance.

- The job was stopped and cancelled immediately since the contractors came with the absence of liability protection. John, @ Dawn Pacific was notified.

- Sofos irresponsibly hires contractors that have no liability insurance.

### XXVI.    The Hiring of Unprofessional, Unprepared, and Irresponsible Contractors

- On Friday, March 31st, 2017, two carpet contractors come to the office to do carpet repair work.

- Carpet contractors came unprepared and did not have a screwdriver, drill, and other tools to take the side panels, desk and other office items apart for moving—so that the new carpet could be laid properly. They simply forgot to bring their tools. They did not have liability insurance, so the job was cancelled right away, anyway.

- In January 2018 a rat infestation was finally prioritized for Sofos-Pantheon to fix and repair. Sofos-Pantheon hires John @ Dawn Pacific who patched up rat holes, but the holes returned the very next day. Sofos-Pantheon never inspected, nor attempted to inspect this repair work, therefore they had no idea that the rat holes had returned. Nor did they know how terrible the job was done.

- Dr. Baker initiated and 'called-out' several times to Mr. Okamoto and Ms. Cordes-Duron that they need to start checking on their contractor repair work, since they never do.

- On Sunday, April 2nd, 2017, it was discovered by the building security (and they notified Dr. Baker) that the carpet contractors left all of the lights "ON" inside of the office before they left and closed up. Dr. Baker called John @ Dawn Pacific and notified him of the irresponsibility and negligence.

### XXVII.    Failure to Relocate to a New Lease Agreement

- Dr. Baker tried several times in many ways to renew-relocate lease.

- Sofos-Pantheon failed to aid Dr. Baker in renewing-relocating lease.

- Mr. Daniel Buffalo (Sofos) was most at fault standing Dr. Baker up more than seven (7x)..

- Other instances, such as "*My apologies for not responding sooner.*"

  ^ Email sent to Dr. Baker on Tuesday, February 21st, 2017 from Ms. Carrie Naihe ^

### XXVIII.    Allen (Landlord @ Pantheon)

- On Friday, December 2nd, 2016, Dr. Baker unintentionally met up with Allen (building owner and landlord). They unintentionally crossed paths and had a discussion @ Bishop Street Starbucks at the outside table area. Allen said that the offices were still being worked on and that they are on top of it. Allen said they found and patched up the small hole in the roof. Dr. Baker asked if the carpet and walls could be repaired as soon as possible so that he can start business again? Allen said they are taking care of it. Allen would not give any other info. It seems he had no info to give because incompetence was at such a high level. And/or there was other information remaining hidden about the situation.

- Allen displayed the communication, language, and attitude toward 'non-urgency'. He seemed in no hurry to get things repaired. Speculations of collecting insurance money over time spent?

- It was not until four (4) and five (5) more months <u>after</u> this unintentional meetup between Dr. Baker and Allen (landlord), that the carpet would be replaced, and only the top portion of the walls were painted. All other damages remained.

- Allen has never inspected the repairs.

- Allen has not attempted, nor requested to inspect the repairs.

- Allen's office is next door (right side) to Dr. Baker. It needs to be investigated.

    o Dr. Baker does know that the office (currently Allen's) had been vacant for a long time.
    o The office to the right side of Dr. Baker's office was an option for Dr. Baker to lease as his own office before the one he has now [January 2016].
    o Did Allen use the flooded office on right side of Dr. Baker's for an insurance claim purpose; thereby prolonging the repair and rebuild-in process and time duration?
    o The office should be investigated.
    o The insurance company of Pantheon Holding CO., Inc should be notified.

- Inspection and review Dr. Baker's office time-line   vs.   Allen (Landlord) office time-line.

- Investigation and inspection into the timeline and other information Pantheon Holding CO., Inc gave their insurance company should be investigated.

- Allen will not communicate, nor meetup with Dr. Baker, despite many requests from Dr. Baker.

## XXIX.    Security Deposit

- Pantheon Holding CO., Inc (via landlord Allen) is withholding both security deposits of Dr. Baker's two previously leased units.

- Security deposits/s are being withheld for no reason given.

- Communication has been ignored and stonewalled.

- Pantheon Holding CO., Inc. has surpassed the 14-day maximum set in law via Hawaii Revised Statutes § 521-44.

## XXX.    Insurance Fraud

- Before Dr. Baker signed the lease for his office, Dr. Baker inspected the office he has now; and the office to the right side. Both were vacant and empty.

- Since the office to the right side of Dr. Baker had flood damage too, and it was vacant— there is suspicion that the landlord used this for insurance claim purposes. Did the landlord claim it to be his own to collect insurance money?

- The landlord's office repair work exceeding 9.5+ months was confirmed by a CNT contractor who worked on it.

- Pantheon Holding CO, Inc.'s insurance company should be contacted and have all information reviewed and shared between all parties.

## XXXI.    Mr. Daniel Buffalo (Sofos)

- [1] Mr. Daniel Buffalo planned to meet up with Dr, Baker in their first meeting to renew-relocate lease, however the meeting was cancelled because Mr. Buffalo claimed to have blew out his tire on his car.

- [2] Mr. Buffalo said he would meet with Dr. Baker after the tire was fixed—however, it was a no show, no call. Dr. Baker was stood up.

- [3] Dr. Baker attempts to meet Mr. Buffalo again to inspect a new relocation unit Mr. Buffalo via text message claims he does not have keys, his coworker-friend has them. No show. Dr. Baker was stood for a third time.

- [4] Dr. Baker goes to meet to inspect new relocation unit again—Buffalo claims for the second-time, he still does not have the key. No show. Dr. Baker is stood up for the fourth time:

    *"Hey Dr. Baker, sorry for the short notice but I may need to postpone our showing. I'm sorry! We are still trying to locate the darn keys, I think another agent who recently quit was working on the property, so we are thinking he has them. I will let you know as soon as I get access."* (End Text Message Quote)

    [Daniel Buffalo via text message to Dr. Baker on Thursday, Oct 12th, 2017]

- [5] Dr. Baker was stood up for a fifth time:

    *"Hi Dr. Baker, will call you shortly, I don't know if I can today but definitely tomorrow afternoon out Wednesday. Sorry I didn't get back to you sooner!"* (End Quote)

    [Daniel Buffalo via text message to Dr. Baker on Monday, Oct 16th, 2017]

- [6] Dr. Baker schedules to meet Buffalo again after several, multiple attempts of trying prior, but is stood up for merely the sixth time:

    *"Hey Dr. Baker, very sorry I have been MIA. I had to fly home to California last week for a wedding and have been out with the flu since I returned. I will call you tomorrow morning, I'm feeling a bit better and am planning to work tomorrow. Apologies again I should of let you know sooner."* (End Quote)

    [Daniel Buffalo via text message to Dr. Baker on Thursday, Oct 26th, 2017]

- [7] Dr. Baker made one more final attempt to meet with Sofos to try and renew and relocate lease. This attempt #7:

> Dr. Baker writes to Buffalo:
>
> "*Hello Daniel. DrB here. We're going on eight weeks now? If you're too busy to help Allen and I make this deal happen, please tell me now.*" (End Quote)
>
> > [Dr. Baker via text message to Buffalo on Thursday, Oct 26th, 2017]

- Daniel Buffalo stood Dr. Baker up seven (7x) times

## XXXII.  Rent Paid; CAM Paid; Utilities paid during Breach of Habitability

- During this long period of office damage, restoration:

  o Dr. Baker continued to pay rent.
  o Dr. Baker continued to pay CAM.
  o Dr. Baker continued to pay 'increased' CAM expenses.
  o Dr. Baker continued to pay utilities.
  o Dr. Baker continued to pay other business expenses, such as, but not limited to: parking, business licenses, board certifications, insurance expense, registered agent services, biofeedback license, etc.

## XXXIII.  Loss of Capital + Loss of Nutritional Product and Supplies

- Loss of Capital equipment (sink, water heater, water filter, cabinets, refrigerator, ice maker). Moisture contaminated and damaged boxes w/contents.
- Loss of nutritional product & supplies.
- Could not use, nor resale health and nutrition items that have gone through a Category III flood disaster.

## XXXIV.  Credit Card Payments – Credit Rating

- Because Dr. Baker's income was interrupted, Dr. Baker was unable to make credit card payments from previous business capital purchases.

- Late fees and interest has accrued.

- Dr. Baker's credit score and rating has dropped. This has damaged Dr. Baker in many ways.

- Dr. Baker will have a harder time relocating and starting business again because of the credit damage.

- Credit damage has also affected Dr. Baker's PhD science and research—absence of office to conduct scientific research.

## XXXV.    Cleaning and Maintenance (CAM)

- The CAM fees were increased this year for the Hansmann and Pantheon building tenants.

- Fees were increased—however, the performance of property management has dramatically reduced to poorest levels.

- Please see video of the back area of Healthi'i, Ahi Vegetable, Soffreito, Donor Shack, etc. (previously submitted to Sofos) which serves as another thick layer displaying the performance of Sofos-Pantheon property management.

- Sofos-Pantheon has reviewed the video. Can also be viewed on the PowerPoint presentation.

## XXXVI.    Failure to Provide Electric Utility bill

- Dr. Baker requested a numerous of times to review and inspect the electric utility bill for the vacant retail space @1128 Fort Street to relocate.

- Dr. Baker asked Kuu, and she forwarded Dr. Baker in an email to Sofos to have them fulfill the request.

- This request has continued to be stonewalled.

- Sofos has not provided the information.

## XXXVII.    Attempting to make Business Decisions for Dr. Baker

- The dry-vacuum company began extraction of water and moisture during the week it was reported on Saturday, September 17th, 2016.
- After the moisture was extracted from the office, there was left the presence of extremely large mold and fungus stains on the carpet.
- After the moisture was extracted from the office, there were extremely large stains on the walls
- After the moisture was extracted from the office, deterioration, cracks, and stains were still present.

- After the moisture was extracted from the office, the cable/internet would not work and needed to be repaired by Hawaiian Telcom.

Sofos-Pantheon's representing attorney has claimed that the office was suitable to startup business. Sofos-Patheon has never discussed the details of Dr. Baker's business and practice with him. Despite the moldy and fungus carpet, the walls having large cracks, deterioration, and stained walls, the internet not working, and the interior of the office was not decorated yet, nor was the biofeedback technology and systems set up—the letter from Sofos-Pantheon to Dr. Baker falsely claims:

> "Remediation services were immediately ordered, and work commenced on September 17th, 2016 and was completed within a few days. This work included the extraction of water, and the drying and dehumidifying the Premises. Upon completion of this work, the condition of the Premises was suitable for business operations" [Gruebner, Jan 17, 2018]

Sofos-Pantheon have consciously attempted to make the decision for Dr. Baker's office that it was in a "suitable condition" to bring diseased, ill-sickened, patients and clients into—despite the presence of stains of chemicals, fungus, mold, bacteria, and other contaminants that MD Restoration categorized the office to be in the state of. MD Restoration also advised asbestos testing, but Gruebner and Sofos-Pantheon stated that it was suitable to bring sick people into. This is completely ignorant for property management to claim.

Even though this office would not pass a health department inspection—these three parties (Pantheon, Sofos, Gruebner) still believe that Dr. Baker should have taken on clients and continued business operations within the office that had clear evidence of contamination and potential health hazards (see pictures). It did not look professional.

## XXXVIII.   Hazardous + Unsanitary

- Septic Tank overflow ('Frequent-Consistent' toxic odor)

  - Constant and Consistent Septic tank, sewage odor in Pantheon building first. floor entrée hallway and elevator.
  - Has been known for septic tank and sewage overflows.
  - Dangerous and Hazardous potential.
  - Unattractive to clients and customers.
  - Odors are at medium to extreme levels—never does it smell clean and sanitary.

- Hazardous-Unsanitary Video (back area of Hansmann)

- Carpet Stains of mold, fungus, mildew, chemicals, contaminants, etc.

- Rats (See pictures and video).

- Homelessness constant and consistent stools and urine (see video).

- Cooking oil and flammable containers in back area by dumpsters.

- Tenants received a previous email on the report on someone dumping oil into the outside back drain. Was this reported to the Health Department as it should have been for environmental safety and precaution?

- On February 14th, 2018 a gas pipe busted on the outside of the Hansmann building where it leaked and exposed a high amount of hazardous and flammable gas. Dr. Baker's business was forced to shut down. Dr. Baker lost income during this time too. The area was evacuated.

- It has been confirmed that other tenants have pictures and videos confirming Sofos-Pantheon negligence and incompetence regarding unsanitary, unsafe, and hazardous conditions.

- There was a discovery made by Dr. Baker behind the wood panel of what looks like to be toxic black mold. See below.

## XXXIX.    Black Mold

- There are suspicions of black mold in the (back) right hand corner of Dr. Baker's office.

- Dr. Baker took a picture of the black mold-like stains and contamination that are on the inside of the wood panels in the wall of the office.

- Dr. Baker took a picture before Sofos-Pantheon could nail the damaged wood panel to the wall—to coverup contaminant stains and remnants.

- There are suspicions that Sofos-Pantheon are trying to cover up the scene. Possibilities of criminal activity.

## XL.    Testing, Analysis, Toxicology Report/s for Office

- The toxicology report/s for the office has been requested (email) by Dr. Baker.

- The first report should include the asbestos testing—unable to retrieve it from Sofos-Pantheon.

- Request for reports have not been acknowledged by property management. Ignored. Stonewalled. Only one report from Sofos-Pantheon has been given. A report from EnerPro whom did minor testing around the office.

- The contractor/tester from EnerPro doing the inspection and testing of the office did not take any samples with him back for testing. A proper toxicology report could not be assessed, nor accomplished. Sofos-Pantheon did not warrant full testing. Only minimum to avoid finding any contamination and moisture.

- Black mold-like stains are still present within the walls. Video and pictures of the stains and black spots were taken on 02-13-2018.

## XLI.    Outside Lighting / Homelessness

- Many tenants and Dr. Baker have requested that Sofos-Pantheon "Turn ON" outside lights to protect against drug dealers, homelessness, theft, sidewalk-sleepers, smokers, and others. (Please review video)

- Sofos-Pantheon has declined/refused/stonewalled.

- Because Sofos-Pantheon will not "turn ON" outside building perimeter lights, Dr. Baker and other tenants have had multiple thefts and vandalism. Including broken windows.

- Multiple homelessness accounts of people sleeping on the foot entryway and front door of tenants' businesses, which does include a retail unit-space of Dr. Baker's @ 77 S. Pauahi Street.

## XLII.    Dr. Baker Income Interruption-Loss - Information-Income Data-Clients

- Dr. Baker's income interruption loss and claim is confirmed.

- Dr. Baker's income interruption loss and claim stands defended against any dispute.

- Sofos-Pantheon actions and non-actions are at most incompetent and negligent, considering the levels of liable damage toward Dr. Baker's income interruption-loss.

- COMPLETE CLIENT EVIDENCE –

    See Excel Spreadsheet - *Income Interruption Clientele Listing - confidential copy*

    Previously submitted and confirmed by Mr. Okamoto @ Sofos-Pantheon

- COMPLETE CLIENT EVIDENCE –

  Review *Thirty-Six (36) Client Witness Testimonial Videos*

  Previously submitted and confirmed by Mr. Okamoto @ Sofos-Pantheon

## XLIII.  Emotional Distress

- Dr. Baker has been under extreme emotional distress, caused directly and indirectly by Sofos-Pantheon and the damaged office.

- Dr. Baker has suffered from extreme amounts of stress, anxiety, loss of motivation, depression caused by the nosiness interruption via Sofos-Pantheon.

- Emotional stressed caused by the interruption of Dr. Baker's PhD education and scientific research.

- Other physical symptoms have included insomnia, restlessness, brain noise, loss appetite, weight loss, muscle fatigue and weakness, muscle wasting.

- Dr. Baker has been prescribed an alternative, all-natural remedy and regimen to heal his symptoms within mind-body-spirit.

  - ✓ Homeopathic nosodes and sarcodes (various)
  - ✓ Herbs for emotional healing and trauma
  - ✓ Homeopathy, Acupuncture, Aromatherapy, Quantum Medicine, Bodywork
  - ✓ Subtle Energy Biofeedback + CEM Therapy
  - ✓ Bach Flower Essences and Other
  - ✓ Binaural Beats Sound Vibrational Therapy
  - ✓ Porter Vision and Brain mapping and synchronization
  - ✓ Fasting, detoxing, balancing
  - ✓ Bi-weekly Professional Life Coaching Sessions
  - ✓ Meditation and Hypnotherapy

## XLIV.  Current Tenants

- Current tenants have interests in Dr. Baker's litigation against Sofos-Pantheon for the experienced nature of, but not limited to, the negligent, incompetent property management under Sofos-Pantheon.

- Tenants are currently in the process of putting in writing their experiences and damage from the liable companies, Sofos and Pantheon.

## XLV.    YELP.COM Reviews - Multiple, Consistent, and Poor

- There are eight (8) total reviews on Yelp.com for Sofos Realty Corporation.



- Six (6) out of (8) of the reviews scored the lowest-poorest level at 1 out of 5 stars.

- Other tenant reviews on Yelp.com are merely consistent, troubling, and show similarities to that of Dr. Baker's negative experience and negligent-incompetent nature of Sofos-Pantheon and property management:

> *"Horrible phone service.   For having your company named after you one would think you would be polite and helpful on the phone and you were completely the opposite.  Being abrupt short and rude only makes people think you're not appreciative of opportunities for business or you're better than others.  There are other companies that serve customers with a grateful attitude."*   -N.S.-

> *"Rude, unprofessional, and dishonest.  The whole thing has been a nightmare, and good luck trying to get a deposit back from these people.* -E.L.-

> *"These people are very rude!  Even to their clients.  They don't care after you have signed a contract and are that you're the reason for their commissions.  Not professional at all."* -John D.-

> *"Anyone looking to rent commercial property should never use SOFOS Realty.  If you are looking for a good commercial broker or a property manager, do your homework and check them out at DCCA complaints or the Honolulu Board of Realty (SOFOS is not a member)."* -Trina M.-

> *"Beware of doing business with this commercial real estate property company.  They do not disclose pertinent information and do not help you in any situation that may arise."* -Jeffrey C.-

## XLVI.    Attorney and Court Costs

- Dr. Baker cannot afford an attorney, nor representation because of income interruption and loss.

- Dr. Baker was forced to represent himself.

- All costs & expenses will be forwarded to Pantheon Holding CO., Inc.

- Dr. Baker attended and sought help @ *Volunteer Legal Service's Hawai'i*. Dr. Baker was discriminated against simply because he had (Dr.) after his name, in which he was immediately stereotyped to having a high income and was turned down for help and legal services. The two girls working declined to hear Dr. Baker's traumatic story. They also mentioned his gross sales was too high, even though Dr. Baker was going into debt at that time because of the business interruption from Sofos-Pantheon damages.

## XLVII.    Final Thoughts & Conclusion

There is no question that Sofos-Pantheon are liable for damages done unto Dr. Baker, which need to be remedied immediately.

For Sofos-Pantheon to deny their actions and non-actions is at most criminal and unethical to certain degrees. Including the hiding of information.

Sofos-Pantheon are at most defenseless with multiple layers of evidence of criminal and unethical activity.

**This Document was created by:**

**Dr. William W. Baker III,**
**CNHP, MBA, BCDNM, BCDCAM, ND**





Dr. William W. Baker III
CNHP, MBA, BCDNM, BCDCAM, ND
Former Tenant

## VS.

Pantheon Holding Co., Inc.

Landlord and Property Management

---

This presentation is provide strong evidence of liable damages done unto Dr. William W. Baker III by Pantheon Holding CO., Inc.

**Leased office and retail unit at:**

1108 Fort Street – Rm 6A @ Pantheon Building (Office unit)

77 S. Pauahi Street @ Hannsman Building (Retail unit)

---

**Plaintiff Dr. William W. Baker III, brings forth the following causes of action and alleges the following:**

I.   Plaintiff is a previous and former tenant of Pantheon Holding CO., Inc.

II.  Defendant (Pantheon Holding CO., Inc.) is the Landlord. The landlord's first name is believed to be Allen. The building manager and secretary is named Kuu.

---

III. Sofos Realty Corporation represents and is employed by Pantheon Holding Co., Inc.

IV. Sofos Realty Corporation is the defendant's property management team responsible for the managing and maintaining the property for the Pantheon building, the Hannsman building, and responsible for the current tenants leasing space through Pantheon Holding CO., Inc. – including tenant, Dr. William Baker III.

---

V.  There are five (5x) Sofos property management and representatives for this complaint:

i.   Ms. Carrie Nahie – Sofos First Property Manager

ii.  Mr. Michael Okamoto – Second Property Manager and (Former) Vice President of Sofos. [Mr. Okamoto took over Nahie's position after she left Sofos]

iii. Ms. Jenifer Cordea-Duron – Secretary, Assistant Property Manager, Third Property Manager

iv.  Daniel Buffalo – Sofos Representative, Leasing Agent

v.   Ms. Cherish Manuel – Sofos Representative, Fourth Property Manager [Manuel took over Mr. Okamoto's position after was fired or resigned from Sofos]

VI. Sofos, Pantheon, and Sofos-Pantheon are used interchangeably, however they represent one single entity and party contained within this complaint document.

VII. Pantheon Holding CO., Inc is the responsible party to remedy all damages, in which the landlord (Pantheon) is fully liable for his property management team—Sofos Realty Corporation.

1. Warranty of Habitability *Breached*
2. Laws, Policies, Agreements, Hawai'i Statutes, etc. *Broken*
3. Rent/Utility/Licenses
4. Income Interruption and Loss
5. Unethical Business Actions and Non-Actions
6. Criminal Action and Coverup (Category III contamination)
7. Defaming of Tenant's Character
8. Dishonesty, Lying, and Deceiving

9. Damage to Dr. Baker's PhD Scientific Research, Study, and Timeline
10. Damage to Tenant Credit Score/Rating
11. Loss of Place of Business, Practice, Research, and Office
12. Landlord is 'intentionally' withholding both security deposits (two units) without verbal, nor written communication.

13. Attorney Fees & Court Costs
14. Time Lost—during and after lease
15. Clients Lost
16. Emotional Distress

This multiple page document-letter was sent to Sofos-Pantheon:

Sofos-Pantheon, and their representing attorney has made a written response that claims to disagree with all of the following contained within the document-letter. No specifics were given to defend their past actions as property manager that led to damages.



Sofos and Pantheon have an obligation to explain why and how they disagree with all of the following damages outlined in roman numerals.

2

5/7/2018









Landlords have an obligation to maintain a rental premises in a habitable condition, and this implied warranty of habitability runs with every residential lease. See Lemle v. Breeden, 462 P.2d 470 (1969).

When the implied warranty of habitability is breached, the tenant may pursue basic contract remedies of damages, reformation and recision. The implied warranty of habitability requires that the utilities will be in full working order, and that the leased premises will be free of any conditions that would make it unsafe, such as mold or other unsanitary conditions.

See full independent testing, analysis, and report from *Environmental Risk Factors, LLC*:

**Full Analysis Report:**



It took property management over an entire month to come visit Dr. Baker for the first time since the office flood.

This is property manager Carie Naihe leaving her first-time meeting with Dr. Baker from Heathri @ 77 S. Pauahi St ground floor unit.

The damage happened in around September 14th-16th, 2016. The property manager did not make it a priority to meet Dr. Baker to help take care of his office until [Thursday, October 20th, 2016 @ 11:00AM].

It took eight (8) additional months from this point in time for property management and landlord to lay around 200 sq /ft office carpet. And to paint only the top portion panel of wall, leaving behind the majority of the wall damaged with cracks, deterioration, and stains.

Environmental Risk Factors, LLC recently found contaminants and moisture.

It was also discovered that Sofos served and committed many unsafe violations in remedying a Category III flood damaged office.



These pics are of MD Restoration installing their dry-vac equipment to extract the heavy amounts of contaminated water and moisture. The odors and smell of mildew and mold were at a very high state.

MD Restoration categorized this traumatic disaster at a Category III. This is the worst, most dangerous category having the 'ground' and 'air' presence of toxic chemicals, bacteria, fungus, mold, even parasites and heavy metals.

MD Restoration also immediately warranted property management to test for asbestos. Sofos stated that asbestos testing was done—however, Sofos has stonewalled Dr. Baker in giving him back the testing results (speculating the asbestos testing was never completed correctly).

At this point, Sofos & Pantheon did nothing for eight (8) more months, leaving Dr. Baker behind—despite all the calls, voicemails, emails, office visits, meeting with landlord, etc.

 

It was strongly warranted a few times to Dr. Baker that he and others were suggested to stay out of the office during the dry vac period because of the heavy contamination that can lead way for bodily harm, sickness, and disease. The office was considered a hazardous and dangerous area. There was also mention of the air being contaminated with a high spore count.

After MD Restoration dried out the office, Sofos-Pantheon claimed in written record that Dr. Baker's office was "suitable" for business. These are pictures of the carpet and wall damage that Sofos-Pantheon expects Dr. Baker to bring ill, sickened, diseased patients to for healing and detoxing. Despite that MD Restoration insisted that Asbestos testing be done, Sofos-Pantheon still believed that Dr. Baker's office was suitable for business. The cable internet/phones were still damaged too. Various wires were protruding from the walls. Environmental Risk Factors, LLC recently found hidden contaminants and moisture.



**Environmental Risk Factors, LLC recently found hidden contaminants and moisture.**

  

Environmental Risk Factors, LLC.—

> ➤ A full report (testing/analysis) was submitted to Sofos-Pantheon by Dr. Baker from Environmental Risk Factors, LLC.
>
>> ❑ The full report included, but not limited to: *moisture tests, infrared testing, swab tests, tape samples*.
>>
>> ❑ The full report scored and concluded the office as a Category II flood disaster.

Environmental Risk Factors, LLC.— (Cont.)

❑ The contamination discovered includes contamination that can be seen with the naked eye—no tools.

❑ This Category II report has concluded the presence of *moisture*.

❑ This Category II report has concluded the presence of *contamination* within the office.

❑ The contamination discovered includes *living organisms*.

❑ The contamination discovered includes *spores*.

What did Sofos-Pantheon do after the Environmental Risk Factors, LLC report was submitted to them?

Nothing. Ignored. Stonewalled.

---

Environmental Risk Factors, LLC.— (Cont.)

❑ This report concluded that Sofos-Pantheon has broken many health code violations.

❑ This report concludes that Sofos-Pantheon can be characterized, defined, and proven to be:

- Negligent
- Dangerous
- Hazardous
- Incompetent
- Irresponsible
- Unprofessional
- Dishonest-lying

- Carelessness
- Unethical
- Ignorance
- Anti-communication
- Criminal
- Health code violator

---

Sofos Letter @ January 17, 2018



---

It is an absolute emergency requirement and standard to remove contaminated and septic carpet within 48 hours time-lapse for a Category III flood disaster because of the potential dangers involved. This is noted and highlighted by Environmental Risk Factors, LCC in their full analytical and professional reporting.

- Sofos Realty property management waited over eight (8+) months to remove replace carpet.
- Sofos and their representing attorney made the claim in writing and on-record that the office was suitable for business immediately after MD Restoration dehumidified the office unit.
- Various damages remained in plain site: carpet mold and fungus clusters, deteriorated walls, discolored walls, cracked walls, mildew odor, wires hanging out of walls, etc.
- Hazards and dangers remained hidden to Dr. Baker such as chemicals, bacteria, fungus, mold, moisture, spores, etc.



---

The two pictures on the left and center is a picture of the many rat holes Sofos Pantheon were supposed to fix. After they finally got around to hiring a contractor for this health hazard, the contractor did a very poor job; and completely wrong. The rat holes returned the next day, seen on the third picture on right side.

Since Sofos-Pantheon never inspects their contractors' work completed, they never found out how bad of a job the contractor did. Dr. Baker had to inform them. This is the Sofos-Pantheon standard.

  

---

After Dr. Baker called on Mr. Okamoto once again for not inspecting and checking-up on their contractors' work, this is a video of Okamoto and Ms. Jennifer Cordes inspecting the horrible work the contractor did.

Other neighboring tenants are disappointed and upset with Sofos-Pantheon because of Sofos-Pantheon's underperformance, irresponsibility, negligence, and incompetence.

This can be confirmed by other current tenants under Sofos-Pantheon property management.



Video

5

This is the back of Dr. Baker's retail unit. Everything (trash and hazards) seen in this video are not from Dr. Baker. It is unknown why this keeps happening.

This video displays the Sofos-Pantheon standards for CAM. There are always health hazards. We were even told by building management that some tenant was dumping used cooking oil down the back street drain by these dumpsters. We are not aware that Sofos-Pantheon informed the health department. This should have been done. Was it done? Did Pantheon-Sofos call the health department?

There are many hazards and dangers. Sofos-Pantheon does minimum.

The odor leaks from the septic tank in the Pantheon building are at most unsanitary. One cannot say that it is healthy to breathe.

Click picture to play video.



Video

As of Saturday, April 21st, 2018 it is clearly evident that Sofos property management has **not** taken care of the unsanitary rat infestation. Here is the most recent picture:



Less than 10 feet away from the unit Dr. Baker is leasing, and managed by Sofos property management





This video displays the Sofos-Pantheon standards for safety, danger, hazardous, etc.

This is a gas pipe gushing out flammable gas next door to Dr. Baker's business @ Healthi'i, LLC.

There was so much gas pumping out at a rapid speed that the entire area smelled of hazardous gas. This can also be confirmed by the neighboring tenants; security guards; police department; fire department; gas company.

This pipe should have been protected being alongside the building. Why was it not? This is severely dangerous.

This unprotected gas pipe was not known of its existence for current tenants leasing space within the building.

The pipe is still not protected from bypassing cars and foot traffic. And such people who vandalize property.

FATAL WARNING: One spark and there could have been an explosion with potential fatalities, injuries, and property damage.

Businesses were closed during this dangerous episode.



Video

This video displays the Sofos-Pantheon standards for the two buildings on the property: Pantheon and Hammman

There are always drug dealers, drug addicts, mental psychopaths, and sick, diseased people that are living amongst the corridors of tenants retail stores.

Sofos-Pantheon will not turn on all of the security lights for tenants safety and protection of their business front.

Sofos-Pantheon turns a blind eye and does minimal.

Sofos-Pantheon fails to protect tenants and the building property.

Tenants have had their store items stolen.

Tenants have to clean up after dangerous urination and septic waste/stools. Sofos-Pantheon will not do it.

Dr. Baker and Mr. Don Moriarty have had the experience to clean up dead rats around the properties. Sofos-Pantheon will not do it immediately.

Click picture to play video.



Video

As of April 7th, 2018 it is clearly evident that Sofos property management has **not** attempted to take care of the homelessness, drug trafficking, property damage, and outside protective-safety lighting.



Dr. Baker's leased unit removing drug dealers and traffickers



Next door to Dr. Baker's leased unit



Video

The flooding and damage was so bad that it even caused 'new' mold and fungus growth on Dr. Baker's office desk and clipboards months after the initial flooding.

Sofos-Pantheon insists that Dr. Baker's office was immediately available for business right after MD Restoration took away their equipment.





Pictures were taken on December 20, 2017 and the date confirmed in picture properties.

Evidence of contamination and growth 15-months after the initial flooding.

Sofos-Pantheon was notified.

A contractor came to do the testing for Sofos-Pantheon and took NO samples back with him for testing. Why? Dr. Baker watched the entire time. It seemed as if the contractor was hired to do minimum to hide any potential contaminants and dangers. Dr. Baker even had to specifically tell the contractor to take off the wood paneling to test & analyze. The contractor did not. The contractor peeked in the cook and said nothing. Then he and property management left together quietly without taking any samples. They gave no verbal feedback.

6

These office stains, cracks, and deterioration are still present in Dr. Baker's office. They were inspected by property management, but they choose not to fix and repair. They only pounded in some nails into one of the loose wood panels to hide the heaviest concentration of contaminant stains.



This video displays the Sofos-Pantheon standards for fixing the office.

You can view what damage was left behind and that Sofos-Pantheon has continued to ignore.

Sofos-Pantheon does not understand that this hurts tenants' businesses. This is what the office looks like.

Click to watch Video.



Video

---

**Behind this wood panel (far right corner of office):**

Sofos-Pantheon purposely nailed down the loose panel of the wall to quickly cover up—looks like numinate of 'Black Mold'. Dr. Baker took a picture before Sofos-Pantheon could hide it.

Dr. Baker requested the toxicology report that was supposed to have already been completed twice in the past; as well as the asbestos testing.

The last contractor _never_ took samples with him. How can a proper analysis testing and report be tested, analyzed, and assessed without samples to work with in a professional lab?

Sofos-Pantheon has stonewalled this information from Dr. Baker.

**FINAL CONCLUSION:**
The point is that these black mold-like spots are present from contamination, while Sofos-Pantheon ignores this, and covers it up by nailing the wood panel to the wall.



---

**WHY?**
Under any circumstances, why would this not be immediately replaced?
Why was it left behind?
Does Sofos 'Agree' or 'Disagree' that this should have been removed immediately?

**SCENARIO of EVENTS:**

I.  Moisture, mold, and spores is thought to be discovered around Dec 20th, 2017. Picture is were taken. Reported.
II. Sofos has a company come in that looks through a camera to find moisture. Noted that he does minimum, as if he was trying to not find anything. Sofos and tester leave without a word. No samples were taken for testing and analysis. Why?
III. ,Sofos does not schedule to fix anything more, except nailing the damaged panel to the wall that covers up black stains. Criminal?
IV. Dr. Baker hires Environmental Factors, LLC—in which they do full professional testing and analysis. Moisture and contaminants are found. Scored a Category II.
V.  Sofos till does nothing. Allows the lease to run out.



---

This video displays a recent contractor confirming that Allen's office (Landlord) next door was badly damaged too.

This contractor confirmed that they worked on the office next door (right side) to Dr. Baker's. The walls and carpet were damaged.

Did the Landlord's office take a long time to repair as did Dr. Baker's? Did they repair it to a 'high standard'? Or leave it in bad shape like Dr. Baker's office?

Was it Allen's office? Did the landlord claim it for insurance purposes only? Insurance fraud?

This should be immediately investigated.

Pantheon Holding Co, Inc's insurance company should be contacted to help with investigation.

Click for contractor testimonial.



Video

---

Evident visual and odor signs of past and present septic contamination throughout the building.

Again-to-note, the past flood damage was scored at the most dangerous level—CATEGORY III



---

7

It is speculative that <u>Vice President</u> of Sofos Realty property management, <u>Mr. Michael Okamoto</u>, has resigned or has been fired in the awakening of damages done unto Dr. Baker?

*Dishonesty and multiple lies committed by Okamoto?

*Potential criminal coverup of the contamination within the damaged office?

Fired? or Resigned?

---

Sofos-Pantheon leasing agent—Mr. Daniel Buffalo
*Please see Mr. Daniel Buffalo section in Complaint-Lawsuit document and letter



---

The new person in charge @ Sofos was named Ms. Cherish Manuel.

Ms. Manuel has confirmed to Dr. Baker, but not limited to, various unsatisfactory conditions and items for both leased units.

*EXAMPLES*
- Confirmation of wires coming out of office walls—unsatisfactory.
- Confirmation of ceiling lighting, outside lighting for safety & protection—unsatisfactory.
- Despite the office walls are in a high unsatisfactory condition, Ms. Manuel avoided orally confirming the damaged walls because of the ongoing case.

---

On April 3rd, 2018 the last statement made by property manager, Ms. Cherrish Manuel to Dr. Baker:

*"I'm new here so I really don't know what's going on".* (end quote)
-Cherish Manuel-

---

Damages and Liable Claim calculation and estimation:

| | |
|---|---|
| Rent/Utility/Licenses | Damage to PhD Research and Timeline |
| Income Interruption | Damage to Tenant Credit Score/Rating |
| Emotional Distress | Loss of Place of Business, Practice, Research, and Office |
| Unethical Business Actions and Non-Actions | Attorney Fees & Court Costs |
| Criminal Coverup (office wall) | Time Lost |
| Warranty of Habitability *Breached* | Clients Lost |
| Defaming of Tenant's Character | Directly and Indirectly has affected Dr. Baker's patient-clientele |

---

➤ Warranty of Habitability *Breached* to an extreme degree among many instances and experiences.
➤ Environmental code violations.
➤ Health Department violations.
➤ No intention to remedy.

Rent Expense Reimbursement-Remedy

Rent Expense + CAM + G.E.tax for both units combined

≈ $2270 * 24 months = $54,480

## Utilities + Parking Expense - ALL
### Total sum during tenant occupancy:

➢ Electric Utility Expense = ($130 + $30)*(24+2 months) = $4160
➢ Cable Internet Utility Expense = ($52 + $52)*(24+2 months) = $2704
➢ Parking Expense $255*(24+2 months) = $6630

➢TOTAL (ALL) = $4160 + $2704 + $6630 = $13,494

---

## Plumbing @ Contractor *CJ Plumbing*:

*Build-in*

$1,400.00 flat rate

---

## Loss of Capital

➢ Black Samsung Refrigerator w/French doors ≈ $1300
➢ Cabinets + Countertops ≈ $800
➢ Flooring ≈ $600
➢ Shelves (various) ≈ $600
➢ Tables = $677.72
➢ Webstaurant.com Total Order for Capital + Shipping: $5031.08

Grand Total Loss of Capital = $9,008.80

---

## Loss of Nutritional Product & Supplies

❑ Herbalife International Products & Supplementation
❑ Nutrition Club Supplies

Grand Total Loss of Capital = $5,874.51



---

Income Interruption Sept 15th,2016 through July 5th, 2017:

- (36) 'Live' client witness testimonial videos confirming and verifying:
  o Date
  o Rate and Fees
  o Confirmation of interruption & damaged office
  o Verifying a total of (97) clientele
  o Biofeedback testing sessions (281x)
  o Total Income Interruption: $173,403.07 (Net Profit)

---

Income Interruption July 6th, 2017 through December 20th, 2017:

- Dr. Baker saw (39) clients despite the damaged unfinished office.
- Conducted biofeedback testing (83x).
- All clients during this period received discounts to counter and defend the traumatic disaster and to re-enter the natural medicine & healing marketplace. Each client was informed and could see how damaged the office was (except for hidden contaminants).
- Each client was charged an estimated $300/ea. (plus Hawai'I G.E. tax) for testing and therapy: $27,958.10

- Original Rate/Income: [($300*39 clients) + ($500*89 cem)]*(1.04712%) = $58,848.14 followed by ($58.848.14) – (89*$25 cem expense) = 56,623.14

- Income Interruption: $56,623.14 - $27,958.10 = $28,665.04 Income Interruption

9

Income Interruption December 20th, 2017 through April 1st, 2018:

• The same income interruption rate should be applied here or to be judged by another party.

Income Interruption Ratio:

9.5 months = 97 clients = $173,403.07

3.33 months = 34 clients = $60,780.45

---

Income Interruption April 2018 through current-present time:

• Dr. Baker has been out of work since April 2018

• Dr. Baker has been forced to apply for SNAP and Financial Aid Services

• The same income interruption rate should be applied here or to be judged by another party.

---

Dr. Baker is currently enrolled full-time @ International Quantum University for PhD Research & Dissertation:

▪ ≈$20,000 pre-paid for PhD Research

▪ Cannot practice high-standardized scientific research in health and medicine amongst a room of contaminants hidden from the view of Dr. Baker and other scientists. Research timeline damaged and put on hold.

▪ Absence of office to be able to conduct study & research.

▪ Absence of credit rating/score to obtain a new research office and due to income interruption.

---

## Ongoing Emotional Distress experienced by Dr. Baker.

• Dr. Baker has suffered a great deal of emotional stress from the ongoing damages and situation from Sofos and Pantheon.
• Dr. Baker has underwent several integrated biofeedback testing sessions that theoretically test emotion and stress levels.

• Natural Healing & Medicine Regimen:

  o Suggested a homeopathic emotion and flower essence regimen for healing (monthly). CEM Therapy.
  o Suggested an herbal regimen (i.e. passion flower, kava, skullcap, valerian root) to combat, but not limited to, insomnia, anxiety, stress, loss-of-appetite, weight loss.
  o Suggested minimum sixty (60) minutes of meditation w/binaural beat sound frequency therapy.
  o Suggested L-Theanine and gamma-amino-butyric acid (GABA) to help reduce and fight anxiety and insomnia.

• It is important to note that Dr. Baker is a Board Certified Doctor in Natural Medicine; and Board Certified in Complimentary & Alternative Medicine; Certified Natural Health Professional – Dr. Baker does not resort to pharmaceutical chemicals & inorganic drugs for healing. Nor will he ever seek a subjective emotional diagnosis opinion coming from another individual whom has their own emotional consciousness subjective to past, current, and future quantum entanglement experiences.

---

## Dr. Baker, Statement:

"I am not looking to fight to be financially compensated for the extreme emotional distress caused by Sofos-Pantheon. And I will not be one of those type of people looking to hurt someone back. I am about forgiving. I am a Healer. I spread Love & Light.

But I do want to point out that it has been an extremely terrible and frustrating experience because of Sofos-Pantheon. And I hope that no other tenants have to experience what I have."

Request to allow another party to decide what to do on this subject.

---

Other Liable Damages:

• Defame of Tenant Character
• Dishonesty & Lying
• Incompetence
• Irresponsibly
• Negligence
• Unethical Actions & Non-actions
• Criminal coverup of office contaminants
• Dangerous, poisonous, septic, contamination, hazardous property management and property conditions
• Attorney fees + Court costs
• 'Time lost' to defend against Pantheon-Sofos
• 'Clientele loss

Request to allow another party to decide what to do on this area for remedying damages.









Timeline of Events and Communication—

https://www.dropbox.com/s/sa169d66orzmr/Timeline=3304

END